UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                  :
TRASONIA ABBOTT,                                   :

                                           Plaintiff,     :
                                                         :           23-CV-5152 (VSB)
                           -against-                         :
                                                          :           **ORDER**
CITY OF NEW YORK et al.,                   :
                                                           :
                                       Defendants.  :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       As set forth in the Case Management Plan and Scheduling Order ("CMP"), the parties were required to submit a joint status letter updating the Court on the status of the case by May 10, 2024. (Doc. 11.) On April 28, 2024, the parties filed a letter indicating their intent to file a proposed amended CMP due to their inability to adhere to the discovery schedule set forth in the CMP. (Doc. 27.) To date, the parties have not done so. On May 2, 2024, Plaintiff filed a motion for an extension of time to amend the Complaint, noting Defendant City of New York's objection, which is currently pending before me. (Doc. 28.) I ordered the City of New York to file an opposition, (Doc. 29), which the City filed on May 10, 2024, (Doc. 30). Accordingly, it is hereby:

       ORDERED that the post-discovery conference currently scheduled for May 17, 2024 at 11:00 a.m. is adjourned to a date to be determined.

SO ORDERED.

Dated:    May 15, 2024
            New York, New York

                                                                           Vernon S. Broderick
                                                                          United States District Judge