UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TRASONIA ABBOTT,

                        Plaintiff,     **23 cv 5152 (VSB)**

     - against -

                                      **JUDGMENT**

THE CITY OF NEW YORK & JOSEPH RODELLI,

                        Defendants.
-------------------------------------------------------------x

        Whereas Defendants, having offered to allow plaintiff Trasonia Abbott to take a judgment against defendant City of New York in this action for the total sum of ten thousand and five hundred and one ($10,501.00) dollars, inclusive of five hundred ($500) dollars in contribution by Officer Joseph Rodelli, plus a *pro rata* share of reasonable attorneys' fees, expenses, and costs to the date of this offer for plaintiff's federal claims; plaintiff's attorney having accepted the offer of judgment and the offer is not to be construed as an admission of liability by defendants, or any official, employee, or agent of the City of New York, or any agency thereof, nor is it an admission that plaintiff has suffered damages, it is,

        **ORDERED, ADJUDGED, AND DECREED**, That plaintiff have judgment in the amount of $10,501.00, plus reasonable attorneys' fees, expenses, and costs to the date of the offer for Plaintiff's federal claims as against the City of New York.

**DATED:**    New York, New York

                August 22, 2024

                                                        _____
                                                         HON. VERNON S. BRODERICK
                                                        UNITED STATES DISTRICT JUDGE